## CHOCTAW COTTON OIL CO. v. WILSON GROCERY CO.

No. 17310—Opinion Filed June 29, 1926.

(Syllabus.)

### Appeal and Error—Time for Case-Made—Invalid Order of Extension.

An order of the trial court granting an extension of time in which to serve case-made is void where such order is made after the expiration of the time previously granted, and this court has no jurisdiction to review the appeal.

Error from District Court, Okfuskee County; John L. Norman, Judge.

Action between the Wilson Grocery Company and the Choctaw Cotton Oil Company. From the judgment, the latter appeals. Appeal dismissed.

Patterson & Dooley, for plaintiff in error.

Phillips, Douglas & Duling for defendant in error.

PER CURIAM. Motion for a new trial was overruled on the 7th day of December, 1925, and notice of appeal given and 60 days from date allowed in which to serve case-made, which expired on the 5th day of February, 1926. On the 6th day of February, 1926, a further extension was allowed of 30 days, and case-made was served on the 24th day of February, 1926. At the time of the last extension the time previously allowed had expired, and the order is void and confers no jurisdiction on this court to review the appeal.

The appeal is dismissed.

Note.—See under (1) 4 C. J. p. 350, sec. 1991.